THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:  (415) 444-5800
Facsimile:  (415) 674-9900

Attorney for Plaintiffs
IRMA RAMIREZ and
DAREN HEATHERLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ and DAREN HEATHERLY,<br><br>   Plaintiffs,<br><br>v.<br><br>ORIGINAL US RESTAURANT; 501 COLUMBUS LLC; and TRINACRIA BROS., INC.,<br><br>   Defendants. | **CASE NO. CV-14-03244-JST**<br><br>STIPULATION and [PROPOSED] ORDER TO CONTINUE THE FURTHER CASE MANAGEMENT CONFERENCE |

   Plaintiffs IRMA RAMIREZ and DAREN HEATHERLY, and defendants 501 COLUMBUS LLC; and TRINACRIA BROS., INC., by and through their respective attorney of record stipulate to continue the further Case Management Conference set for August 19, 2015, at 2:00 p.m. for the following reasons:

   1.   **Whereas**, all defendants have been served with the summons and complaint, and defendants have answered plaintiffs' complaint; and

   2.   **Whereas**, the parties conducted the General Order 56 Joint Site Inspection on March 10, 2015; and

   3.   **Whereas**, plaintiffs filed a notice of need for mediation on June 18, 2015.

1  The case has been referred to mediation, and mediator, Eric Ivary has been assigned to the
2  matter;
3      4.      **Therefore**, the parties respectfully request that the Case Management Conference
4  currently scheduled for August 19, 2015, at 2:00 p.m. be continued to sometime after the
5  mediation has been completed and/or to a date that is convenient to the Court.
6      **IT IS SO STIPULATED**.
7      This stipulation may be executed in counterparts and have the same force and effect as
8  though all signatures are on the same and/or consecutive pages.   Photocopies and facsimile shall
9  have the same force and effect as originals.
10
11                                      Respectfully submitted,
12
13  Dated: August 12, 2015              THOMAS E. FRANKOVICH,
14                                      *A PROFESSIONAL LAW CORPORATION*
15
16                                      By:  ____/s/Thomas E. Frankovich_____
17                                           Thomas E. Frankovich
18                                      Attorney for Plaintiffs IRMA RAMIREZ; and
19                                      DAREN HEATHERLY
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

STIPULATION and [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. CV-14-03244-JST                                                                2

1  Dated: August 12, 2015                    MARC LIBARLE
2                                            **LAW OFFICES OF MARC LIBARLE**
3
4                                            By:_____/s/Marc Libarle_____
5                                                    Marc Libarle
6                                            Attorney for Defendants 501 COLUMBUS LLC;
7                                            and TRINACRIA BROS., INC.
8
9                           [PROPOSED] ORDER
10     **IT IS SO ORDERED** that the Case Management Conference set for August 19, 2015,
11  at 2:00 p.m. is ~~vacated and/or~~ continued to __November 18__, 2015, at __2:00__ ~~a.m./~~p.m.
12  The parties shall file a Joint Case Management Statement no later than ~~seven (7)~~ ten court days prior to the
13  Conference.
14
15
16  Dated: __August 17__, 2015
17                                            Hono_____
                                              Califo_____dge
18                                                    Judge Jon S. Tigar

STIPULATION and [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. CV-14-03244-JST                                                              3