UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IRMA RAMIREZ, et al.,

    Plaintiffs,

v.

ORIGINAL US RESTAURANT, et al.,

    Defendants.

Case No. 14-cv-03244-JST

**ORDER TO FILE NOTICE OF SETTLEMENT**

On November 19, 2015, the parties participated in a mediation session that resolved in settlement, but, as of yet, no further action has been taken on the case and it remains on the Court's active docket. Within seven days of the date of this order, the parties shall file either a notice of settlement, a stipulated request for dismissal, or a statement informing the Court that the case has not settled. If the parties file a notice of settlement, the Court will then set a deadline to file a stipulation of dismissal.

The Case Management Conference currently scheduled for December 16, 2015 is CONTINUED to December 29, 2015 at 9:30 a.m. If the parties comply with the other terms of this order, the conference will be automatically vacated.

IT IS SO ORDERED.

Dated: December 13, 2015

                                                  JON S. TIGAR
                                           United States District Judge